UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>MICHAEL NAKHLEH, et al.,<br><br>Defendant(s). | CASE NO. C26-1668-KKE<br><br>ORDER GRANTING MOTION FOR LEAVE TO AMEND THE COMPLAINT |

Plaintiff filed a motion for leave to amend its complaint, and this motion is unopposed. Dkt. No. 27. Consistent with Federal Rule of Civil Procedure 15, the Court GRANTS the motion. Plaintiff shall file an amended complaint no later than September 25, 2026.

This forthcoming amendment moots Plaintiff's motion for entry of default against Defendant Elite Restaurant Group, Inc. (Dkt. No. 12). *See, e.g.*, *ThermoLife Intern., LLC v. Sechel Holdings, Inc.*, No. CV 14-2291-PHX-JAT, 2015 WL 1521779, at *1–2 (D. Ariz. Apr. 3, 2015) (explaining that any default related to an original complaint is ineffective as to an amended complaint). Thus, the Court DENIES AS MOOT that motion. Dkt. No. 12.

Dated this 18th day of September, 2026.

Kymberly K. Evanson
United States District Judge